Law Offices of
# ROBERT DODSON, P.A.
1722 Main Street, Suite 200
Columbia, South Carolina 29201

Robert D. Dodson,
Esquire
Attorney at Law
Also Licensed in N.C.



Telephone: 803.252.2600
Facsimile: 803.771.2259

January 19, 2016

The Honorable R. Bryan Harwell
U.S. District Judge
401 West Evans Street
Florence, SC 29501

Re:   Monique S. Pressley as Personal Representative of the Estate of Francia Scott
      Burroughs, vs. Hopehealth, Inc. and Steve L. Reeves, M.D.
      Case No: 4:16-cv-00086-RBH

Dear Judge Harwell:

The above referenced matter may appear on the federal dockets in the coming months. I am writing to request that you be so kind as to enter dates of protection for me for May 19, 2016 through May 31, 2016 as I plan on being on vacation during this time.

By copy of this letter to any and all opposing counsel and parties, they are being provided with my request.

Thank you for your consideration of this request. If my request is acceptable to your Honor, I would appreciate you signing this letter and having it faxed back to my office for my records. If there is anything further that I need to do in regard to this request or if you have any questions or concerns, please contact me.

With kind regards, I am,

Robert D. Dodson

GRANTED
R. Bryan Harwell
1-22-16