IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Monique S. Pressley, as Personal Representative of the Estate of Francia Scott Burroughs, <br><br> Plaintiff, <br> v. <br><br> HopeHealth, Inc. and Steve L. Reeves, M.D. <br><br> Defendants. | ) Civil Action Number: 4:16-cv-00086-RBH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On March 21, 2016, the United States filed a motion to substitute the United States for defendants HopeHealth, Inc., and Steve L. Reeves, M.D., pursuant to 28 U.S.C. § 2679(d)(2) and 42 U.S.C. § 233. As an attachment to the motion, the United States filed Plaintiff's SF-95 administrative Federal Tort Claim, the denial by the Department of Health and Human Services, and a certification of scope of employment certifying that defendants HopeHealth, Inc., and Steve L. Reeves, M.D., are deemed to be employees of the United States and were acting within the scope of their employment at the time of the incident alleged in the Complaint.

Because Plaintiff filed her administrative claim with the Department of Health and Human Services pursuant to the Federal Tort Claims Act and the United States Attorney has certified that HopeHealth, Inc., and Steve L. Reeves, M.D., were employees of the United States and were acting within the scope of their employment at the time of the incident giving rise to the Complaint, the United States is the proper party defendant pursuant to 28 U.S.C. § 2679(d)(2) and 42 U.S.C. § 233. Accordingly, the United States of America is hereby substituted as the party defendant in the place of HopeHealth, Inc., and Steve L. Reeves, M.D.

IT IS SO ORDERED.

April 11, 2016                                                              s/ R. Bryan Harwell
Florence, South Carolina                                          R. Bryan Harwell
                                                                                  United States District Judge